In the Matter of THEODORE HENRY ENGEL, an Attorney, Respondent.

First Department, May 4, 1934.

*S. C. Lewis* of counsel [*Einar Chrystie*, attorney], for the petitioner.

Respondent in person.

PER CURIAM. For the reasons stated and certain extenuating circumstances noted in the report of the learned referee, including the fact that respondent has refrained from practicing his profession since the filing of the charges in this proceeding, to wit, for upwards of one year, we deem a censure sufficient.

Present — FINCH, P. J., MERRELL, MARTIN, O'MALLEY and UNTERMYER, JJ.

Respondent censured.

In the Matter of MARTIN A. GILBERT (Formerly Known as MARTIN A. GELOBTER), an Attorney, Respondent.

First Department, May 4, 1934.

*S. C. Lewis* of counsel [*Einar Chrystie*, attorney], for the petitioner.

Respondent in person.

PER CURIAM. Motion to confirm report of referee granted for reasons stated therein.

Respondent should be disbarred.

Present — FINCH, P. J., MARTIN, O'MALLEY, TOWNLEY and GLENNON, JJ.

Respondent disbarred.